UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CAROLYN HAWTHORNE,<br>*on behalf of herself and those similarly situated*;<br><br>　　　　Plaintiff,<br><br>v.<br><br>NORTHVIEW VILLAGE, INC.<br>d/b/a NORTHVIEW VILLAGE,<br>HEALTHCARE ACCOUNTING<br>SERVICES, LLC, and NORTHVIEW<br>VILLAGE CENTER LIMITED<br>PARTNERSHIP<br><br>　　　　Defendants. | Case No. 4:23-CV-01711<br><br><br>**CLASS ACTION COMPLAINT**<br><br><br><br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

COMES NOW Christopher N. Grant, of Schuchat, Cook & Werner, and enters his appearance on behalf of Plaintiff Carolyn Hawthorne and a putative class of similarly situated former employees, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Schuchat, Cook & Werner

　　　　　　　　　　　　　　　　　　 */s/ Christopher N. Grant*
　　　　　　　　　　　　　　　　　　Christopher N. Grant (MBE #53507)
　　　　　　　　　　　　　　　　　　555 Washington Avenue,
　　　　　　　　　　　　　　　　　　St. Louis, MO 63103-2364
　　　　　　　　　　　　　　　　　　Tel: (314) 621-2626
　　　　　　　　　　　　　　　　　　Fax: (314) 621-2378
　　　　　　　　　　　　　　　　　　cng@scwattorney.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and the*
　　　　　　　　　　　　　　　　　　*Proposed Class*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on January 9, 2024, the foregoing was filed electronically with the Clerk of Court via the Court's electronic filing system.

                                                 */s/ Christopher N. Grant*
                                                 Christopher N. Grant