UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CAROLYN HAWTHORNE, *on behalf of herself and those similarly situated*; | ) ) ) ) |
| Plaintiff, | ) Case No. 4:23-CV-01711 |
| v. | ) ) **CLASS ACTION COMPLAINT** |
| NORTHVIEW VILLAGE, INC. d/b/a NORTHVIEW VILLAGE, HEALTHCARE ACCOUNTING SERVICES, LLC, and NORTHVIEW VILLAGE CENTER LIMITED PARTNERSHIP | ) ) ) ) ) ) **JURY TRIAL DEMANDED** |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE

COMES NOW Brady L. Root, of Schuchat, Cook & Werner, and enters his appearance on behalf of Plaintiff Carolyn Hawthorne and a putative class of similarly situated former employees, in the above-captioned matter.

Respectfully submitted,

Schuchat, Cook & Werner

 */s/ Brady L. Root*
Brady L. Root (MBE # 75740)
555 Washington Avenue,
St. Louis, MO 63103-2364
Tel: (314) 621-2626
Fax: (314) 621-2378
blr@scwattorney.com

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on February 22, 2024, the foregoing was filed electronically with the Clerk of Court via the Court's electronic filing system.

                                                _/s/ Brady L. Root_
                                                Brady L. Root

4878-2727-4408, v. 1