# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| **CAROLYN HAWTHORNE** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 4:23-cv-01711-SRW |
| ) | |
| **NORTHVIEW VILLAGE, INC. d/b/a NORTHVIEW VILLAGE** ) | |
| ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Matthew Dietz, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Healthcare Accounting Services, LLC in Cook County, IL on November 6, 2024 at 1:22 pm at 3535 West Glenlake Avenue, Chicago, IL 60659 by leaving the following documents with Maklhouf Suissa who as Registered Agent is authorized by appointment or by law to receive service of process for Healthcare Accounting Services, LLC.

Subpoena
and Witness Fee Check in the amount of $5.00

Middle Eastern Male, est. age 45-54, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.9919610117,-87.7180460562
Photograph: See Exhibit 1


Total Cost: $102.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Cook County   ,
  IL   on   11/7/2024   .

/s/ *Matthew Dietz*
Signature
Matthew Dietz
+1 (630) 479-9686

