UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROLYN HAWTHORNE, *on behalf of herself and those similarly situated*; | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:23-cv-01711-SRW<br>) |
| NORTHVIEW VILLAGE, INC. d/b/a NORTHVIEW VILLAGE, HEALTHCARE ACCOUNTING SERVICES, LLC, and NORTHVIEW VILLAGE CENTER LIMITED PARTNERSHIP; | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Brady L. Root and hereby requests leave to withdraw as counsel of record for Plaintiff Carolyn Hawthorne. In support thereof, undersigned counsel states that Christopher N. Grant has previously entered his appearance in this matter. He and the law firm of Schuchat Cook & Werner will continue to represent Plaintiff Carolyn Hawthorne in this matter as well as Jack Garvey and the law firm of Stranch, Jennings, & Garvey.

**WHEREFORE**, Brady L. Root moves the Court for an Order granting leave for him to withdraw as counsel for Plaintiff Carolyn Hawthorne.

DATED: August 14, 2025

1

        Respectfully submitted,

         /s/: *Brady L. Root*
        Christopher N. Grant
        Brady Lee Root
        **SCHUCHAT COOK & WERNER**
        555 Washington Avenue
        Suite 520
        St. Louis, MO 63101
        (314) 732-1127
        cng@scwattorney.com

        *Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2025, a copy of the foregoing document was mailed to the following address, designated by Defendants' former counsel for service, via U.S. Mail, postage prepaid:

**Northview Village Inc. d/b/a Northview Village**
1600 S. Brentwood Blvd., Suite 200
St. Louis, Missouri 63144

**Healthcare Accounting Services, LLC**
1600 S. Brentwood Blvd., Suite 200
St. Louis, Missouri 63144

**Northview Village Center, L.P.**
1600 S. Brentwood Blvd., Suite 200
St. Louis, Missouri 63144

        *s/ Christopher N. Grant*
        Christopher N. Grant