UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROLYN HAWTHORNE, *on behalf of herself and those similarly situated*; <br><br> Plaintiff, <br><br> v. <br><br> NORTHVIEW VILLAGE, INC. d/b/a NORTHVIEW VILLAGE, HEALTHCARE ACCOUNTING SERVICES, LLC, and NORTHVIEW VILLAGE CENTER LIMITED PARTNERSHIP; <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 4:23-cv-01711-SRW

**EXHIBIT A**

## AFFIDAVIT OF SAMUEL GLADNEY

1. I, Samuel Gladney, declare as follows:

2. I am a member in good standing of the bar of Missouri, attorney at the law firm Stranch Jennings & Garvey PLLC and one of the counsel of record for Plaintiff in this action. The contents of this declaration are based on my personal knowledge, and if called to testify, I would competently testify hereto.

3. Defendants provided documents and payroll information, dues reports, and seniority lists for the class. (Exhibit B, C).

4. The payroll records were for 182 employees; the class was certified for 184 people (Exhibit B, Dkt 52).

5. From the data provided by Defendants the final average hourly wage rate (regular rate) was $18.36/hour. (Exhibit B).

1

6.       Paycheck records provided by Defendant show employees worked a varying number of hours, but many worked at least 40 hours per week with some employees working significant overtime over 40 hours per week.  These records indicate that employees worked on average around 8 hours per day.  When the hourly rate is multiplied by an 8 hour work day, and 60 days of pay (as permitted under the WARN Act) that brings the total damage amount for one employee to $8,812.80.  When that number is multiplied by 184 people in the class, the total amount of pay due to the class is $1,621,555.20.

7.       Defendants provided no information regarding benefits. However, a union contract covering the facility shows employees are entitled to vacation, holiday, sick leave, and health insurance.  Two weeks' vacation (which employees received after three years) is close to 3.8% of pay (2 weeks / 52 weeks per year = 0.038).  The Employer paid $427 per month in contributions to the union health and welfare plan on behalf of each full-time employee, which is approximately 15% of pay ($427 divided by $18.36/hr x 160 hours = 0.145).  Based on these numbers, Plaintiffs used a benchmark of 20% of pay to arrive at a total benefit amount of $324,311.04 due to the class.

8.       When the pay of $1,621,555.20 is added to the benefit amount of $324,311.04, the total amount due to the class is $1,945.866.24.

9.       Defendants are corporations and therefore not in military service, a minor, or otherwise incompetent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2025.

*/s/ Samuel Gladney*
Samuel Gladney