**EXHIBIT C**

[redacted]

**From:** Lisa Ryan <Lisa.Ryan@seiuhcil.org>
**Sent:** Wednesday, October 25, 2023 10:38 AM
**To:** Information Reporting <information.reporting@seiuhcil.org>; Milagros Quiroga <Milagros.Quiroga@seiuhcil.org>
**Cc:** Caprice Nevils <Caprice.Nevils@seiuhcil.org>; Lenny Jones <Lenny.Jones@seiuhcil.org>
**Subject:** Northview Village Seniority list for 10/2023

Please see the attached.

Thank You,

*Lisa Ryan*
Department Administrative Liaison STL/KC
SEIU Healthcare
312-980-9027



EXHIBIT 4

1

00057

**From:** Caprice Nevils <Caprice.Nevils@seiuhcil.org>
**Sent:** Wednesday, October 25, 2023 10:22 AM
**To:** Lisa Ryan <Lisa.Ryan@seiuhcil.org>; Lenny Jones <Lenny.Jones@seiuhcil.org>
**Subject:** Fwd: Seniority list for 10/2023

Sent from my iPhone

Begin forwarded message:

> **From:** Catina Frost <catina.frost@hma-usa.com>
> **Date:** October 25, 2023 at 9:37:15 AM CDT
> **To:** Alexis Straughter <Alexis.Straughter@seiuhcil.org>, Caprice Nevils <Caprice.Nevils@seiuhcil.org>
> **Cc:** "gouldl seiu2000benefits.org" <gouldl@seiu2000benefits.org>, Jasmine Moore <Jasmine.Moore@hma-usa.com>
> **Subject: Seniority list for 10/2023**

| Employee_Name | SS_Number | Department_Desc | Street | City | State | Zipcode | Primary_Phone | Rate_1 | Birth_Date_(MM/DD/YYYY) | Hire_Date | Rehire_Date | Seniority_Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACHILEFU, BELOVED URUAKU | 705677281 | C N A | 11903 Bay Colony Ct | Maryland Heights | MO | 63043 | 3144410474 | 18.6 | 10/24/1970 | 08/28/2019 | 00/00/0000 | 08/28/2019 |
| ACHILEFU, DIVINE | 889971788 | Dietary | 11903 Bay Colony Court | Maryland Heights | MO | 63043 | 3144988074 | 12.25 | 03/24/2002 | 09/15/2021 | 00/00/0000 | 09/15/2021 |
| ALLEN, MELODY | 491808197 | Transportation | 4661 LABADIE 1ST FLOOR | ST LOUIS | MO | 63115 | 3148698656 | 16.65 | 08/21/1966 | 03/22/2000 | 00/00/0000 | 03/22/2000 |
| ANDERSON, THOMAS | 499720139 | C N A | 8818 SUMTER DRIVE | ST LOUIS | MO | 63136 | 3144824763 | 19.56 | 10/25/1960 | 06/08/2011 | 00/00/0000 | 06/08/2011 |
| ARMSTRONG, DARRON | 491822816 | C N A | 4322 PAGE BLVD | ST LOUIS | MO | 63113 | 3142555331 | 19.08 | 02/10/1965 | 07/17/2002 | 00/00/0000 | 07/17/2002 |
| BALDWIN, HALBERT MARCEL | 385172631 | C N A | 1157 ST. CYR ROAD | SAINT LOUIS | MO | 63137 | 3146393240 | 18.3 | 09/21/1994 | 07/25/2018 | 08/22/2023 | 08/22/2023 |
| BALDWIN, HATTIE | 500769064 | CMT | 1157 ST.CYR ROAD | ST LOUIS | MO | 63137 | 3143619083 | 19.3 | 10/28/1964 | 03/01/2023 | 00/00/0000 | 03/01/2023 |
| BANKS, ANNETTE | 428210882 | Housekeeping | 2040 YALE AVE. APT. # 2 | ST. LOUIS | MO | 63143 | 3148749288 | 13.85 | 03/31/1967 | 06/06/2007 | 00/00/0000 | 06/06/2007 |
| BELL, TERRANCE | 500763180 | Housekeeping | 205 N 9TH STREET | ST LOUIS | MO | 63101 | 3145401502 | 12.25 | 10/08/1967 | 12/14/2022 | 00/00/0000 | 12/14/2022 |
| BLEDSOE, ALEXIS | 500886305 | PCA | 2940 GREER 1ST FL | SAINT LOUIS | MO | 63107 | 3148855181 | 12.25 | 05/31/1984 | 10/08/2020 | 00/00/0000 | 10/08/2020 |
| BRISON, LATOYA | 487909408 | C N A | 1734 N. EUCLID AVE. | ST LOUIS | MO | 63113 | 2164811480 | 18 | 10/10/1984 | 09/13/2023 | 00/00/0000 | 09/13/2023 |
| BROWN, CARL | 489784977 | CMT | 4567 KENNERLY | ST LOUIS | MO | 63113 | 3145718097 | 20.16 | 05/11/1974 | 08/06/2008 | 00/00/0000 | 08/06/2008 |
| BROWN, SHAYLA | 360867348 | C N A | 1109 WALTON AVE APT.5 | ST LOUIS | MO | 63113 | 3145461992 | 18 | 05/27/1992 | 11/02/2023 | 00/00/0000 | 11/02/2023 |
| BROWNLEE, MAKAYLA | 324983982 | Transportation | 441 WINCHESTER PLACE APT. 441 | FAIRVIEWHEIGHTS | IL | 62208 | 6185603582 | 13.5 | 10/11/2000 | 08/23/2023 | 00/00/0000 | 08/23/2023 |
| BRYANT, DIANE LISA | 486783659 | Dietary | 5542 ERA AVE. | SAINT LOUIS | MO | 63136 | 3146294218 | 12.6 | 06/13/1967 | 12/11/2019 | 00/00/0000 | 12/11/2019 |
| BURNS, DONNIE | 361521119 | Maintenance | 1210 NORTH 48TH STREET | EAST ST LOUIS | IL | 62204 | 6188028546 | 15.6 | 06/14/1956 | 05/15/2015 | 00/00/0000 | 05/15/2015 |
| BURNS, ROBERT | 488764880 | C N A | 5200 NORTHLAND | ST LOUIS | MO | 63113 | 3146654929 | 19.87 | 01/17/1962 | 09/21/2002 | 00/00/0000 | 09/21/2002 |
| CARTER, DARLENE | 496709921 | C N A | 2105 Empire CT APT I | ST. LOUIS | MO | 63136 | | 18.3 | 03/11/1958 | 07/03/2013 | 06/29/2022 | 06/29/2022 |
| COCHRELL, BREON | 498761396 | Laundry | 5012 NORTHLAND | ST LOUIS | MO | 63113 | 3149301515 | 12.25 | 12/22/1975 | 05/18/2022 | 00/00/0000 | 05/18/2022 |
| COLLINS, ANGELA | 492766046 | C N A | 4422 SOUTH GRAND 2ND FLOOR | ST LOUIS | MO | 63111 | 3143907329 | 19.08 | 07/07/1960 | 05/07/2003 | 00/00/0000 | 05/07/2003 |
| CONLEY, TYRON | 490117812 | C N A | 1386 SHAWMUT PLACE | ST LOUIS | MO | 63112 | 3144941370 | 18 | 02/27/1995 | 11/15/2023 | 00/00/0000 | 11/15/2023 |
| CRAWFORD, CHAUTEA DENINE | 562433186 | Housekeeping | 9517 CULEBRA DRIVE | SAINT LOUIS | MO | 63136 | 3147101554 | 12.25 | 09/21/1969 | 09/19/2018 | 00/00/0000 | 09/19/2018 |
| CRETTER, SHANTA MARIE | 487908108 | C N A | 1157 ST. CYR | SAINT LOUIS | MO | 63137 | 3148068025 | 18.3 | 12/22/1975 | 02/05/2020 | 05/17/2023 | 05/17/2023 |
| DOBBINS JR, LEMAN HOWARD | 498846503 | Housekeeping | 1184 BELGROVE DRIVE | ST LOUIS | MO | 63137 | 3143025075 | 12 | 11/08/1965 | 09/06/2023 | 00/00/0000 | 09/06/2023 |
| DOWELL, CALEESHA | 496062675 | Housekeeping | 2675 ELTAROSE APT.C | ST LOUIS | MO | 63136 | 3144952577 | 12.25 | 03/07/1992 | 02/01/2023 | 00/00/0000 | 02/01/2023 |
| DUFF, SHONTA | 498822142 | Laundry | 10223 REBA DRIVE | ST LOUIS | MO | 63136 | 3143379485 | 12.25 | 03/19/1979 | 08/03/2022 | 00/00/0000 | 08/03/2022 |
| FORD, CHERIE ALICE | 492902374 | C N A | 6917 Pennsylvania Ave. | ST. LOUIS | MO | 63111 | 3143091385 | 18.6 | 01/18/1980 | 06/15/2016 | 00/00/0000 | 06/15/2016 |
| GANT, TYRON | 500706938 | Laundry | 5023 RUSKIN AVE | ST. LOUIS | MO | 63115 | 3143832466 | 12.25 | 11/11/1970 | 01/14/2013 | 00/00/0000 | 01/14/2013 |
| GRAHAM, JAMES | 496760911 | C N A | 4964 COTE BRILLIANT | ST LOUIS | MO | 63113 | 5102104747 | 18.6 | 12/14/1971 | 02/14/2014 | 04/13/2022 | 04/13/2022 |
| GRANT, PHYLLIS | 489769944 | C N A | 4947 OLEATHA APT A | ST LOUIS | MO | 63139 | 3142957742 | 19.56 | 12/22/1965 | 10/30/2002 | 00/00/0000 | 10/30/2002 |
| GRANT-SHELL, BEANN | 499628950 | Housekeeping | 3433 OAKDALE AVE | ST LOUIS | MO | 63121 | 3143825112 | 16.65 | 10/15/1953 | 02/09/2011 | 00/00/0000 | 02/09/2011 |
| GRAVES, ANTIONETTE | 499764504 | Laundry | 1610 NORTH KINGSHIGHWAY APT. 4002 | ST. LOUIS | MO | 63113 | 3145003433 | 12.25 | 03/15/1968 | 04/20/2016 | 00/00/0000 | 04/20/2016 |
| GRAVES, EDWARD | 499762828 | Maintenance | 5243 CABANNE | ST LOUIS | MO | 63113 | 3145743701 | 15 | 01/06/1973 | 10/25/2023 | 00/00/0000 | 10/25/2023 |
| GRAVES, LATASHA MARIE | 489902156 | CMT | 6541 ETZEL | SAINT LOUIS | MO | 63118 | 3142555749 | 19 | 12/14/1984 | 07/25/2018 | 07/19/2023 | 07/19/2023 |
| GRAY, DAVE | 437372455 | Dietary | 5475 CABANNE AVE. 711 | ST.LOUIS | MO | 63112 | 3148999333 | 12.25 | 06/15/1979 | 11/07/2014 | 00/00/0000 | 11/07/2014 |
| GRAY-WILLIAMS, KUIANNA | 489806121 | Housekeeping | 5475 CABANNE | ST LOUIS | MO | 63112 | | 12 | 10/19/1977 | 11/22/2023 | 00/00/0000 | 11/22/2023 |
| HARRIS, ALFONZO MARTEZ | 498864364 | Housekeeping | 6827 PASADENA BLVD | SAINT LOUIS | MO | 63121 | 3143461944 | 12.25 | 03/29/1983 | 06/10/2020 | 00/00/0000 | 06/10/2020 |
| HARRIS, PHYLLIS | 486681889 | C N A | 5459 VERA | ST. LOUIS | MO | 63115 | | 18.35 | 09/04/1960 | 09/30/2015 | 03/23/2022 | 03/23/2022 |
| HARRISON, MARVETTA | 494804191 | CMT | 9452 HAROLD DR. | ST LOUIS | MO | 63134 | 3148565678 | 25.58 | 11/09/1964 | 11/03/1986 | 00/00/0000 | 11/03/1986 |
| HARVEY, ERIC D | 489787113 | Dietary | 3719 N EUCILD APT.D | ST LOUIS | MO | 63136 | 3143652227 | 12.25 | 09/06/1976 | 01/07/2011 | 09/21/2022 | 09/21/2022 |
| HATTON, TABITHA | 496703520 | CMT | 8834 PARK LANE | ST LOUIS | MO | 63147 | 3143373166 | 19 | 12/26/1969 | 11/29/2023 | 00/00/0000 | 11/29/2023 |
| HAYWOOD, HIEDI | 495902790 | CMT | 3000 MIAMI | ST LOUIS | MO | 63118 | 3148454133 | 19.5 | 03/27/1981 | 07/22/2022 | 00/00/0000 | 07/22/2022 |
| HENDERSON, MALAIKA | 498087127 | PCA | 10134 LORD DRIVE | ST LOUIS | MO | 63136 | 3143194770 | 12 | 03/14/1994 | 11/08/2023 | 00/00/0000 | 11/08/2023 |
| HOPKINS, JOE | 490700382 | Maintenance | 14524 FOX CHASE | FLORISSANT | MO | 63034 | 3146205778 | 22.64 | 08/07/1957 | 07/17/2002 | 00/00/0000 | 07/17/2002 |
| HORTON, DOMONICK | 489110865 | Dietary | 1319 GLASGOW AVE | ST LOUIS | MO | 63106 | 3143058157 | 12 | 11/26/1994 | 09/06/2023 | 00/00/0000 | 09/06/2023 |
| HUDSON, NNEKA S | 489845471 | Housekeeping | 4122 California Ave | SAINT LOUIS | MO | 63118 | 3147019409 | 12.25 | 09/04/1978 | 03/28/2018 | 03/16/2022 | 03/16/2022 |
| JACOBS, ALYSSA | 496219959 | Activities | 4238 DESOTO | ST LOUIS | MO | 63107 | 3145741595 | 12 | 06/28/2004 | 09/13/2023 | 00/00/0000 | 09/13/2023 |
| JENKINS, SHAUNA | 487842991 | C N A | 3006 HENRIETTA 2ND FLOOR | SAINT LOUIS | MO | 63104 | 3148277882 | 18.6 | 07/20/1980 | 10/21/2015 | 00/00/0000 | 10/21/2015 |
| JOHNSON, CHARLES | 496768306 | Housekeeping | 5114 MAFFIT | ST LOUIS | MO | 63113 | 3144138877 | 12.25 | 11/13/1974 | 03/01/2023 | 00/00/0000 | 03/01/2023 |
| JOHNSON, DIANE | 489769864 | C N A | 7333 BURRWOOD DRIVE APT A | ST LOUIS | MO | 63121 | 3143985810 | 20.04 | 11/09/1968 | 05/10/1993 | 00/00/0000 | 05/10/1993 |
| JOHNSON, KAREN M | 490748658 | CNA Restorative | 5455 ROBIN AVENUE | ST LOUIS | MO | 63120 | 3146064180 | 23.84 | 08/01/1959 | 03/01/1984 | 00/00/0000 | 03/01/1984 |
| JONES, JASMINE | 500922382 | C N A | 5839 RAMAINE PLACE | ST LOUIS | MO | 63112 | 3143057091 | 18 | 06/05/1986 | 12/28/2022 | 11/01/2023 | 11/01/2023 |
| JONES, STEVEN | 487784948 | Maintenance | 807 LAREDO DRIVE | SPANISH LAKE | MO | 63138 | | 15.6 | 01/31/1965 | 04/03/2015 | 11/23/2016 | 11/23/2016 |
| LEE, LATOYIA | 489865546 | C N A | 3745 GARFIELD AVE | ST LOUIS | MO | 63113 | 3143339669 | 18 | 04/03/1981 | 08/30/2023 | 00/00/0000 | 08/30/2023 |
| LYNCH, DESIREE | 496042531 | Dietary | 9915 DUNNIDEER DRIVE | ST LOUIS | MO | 63136 | 3149158647 | 15 | 12/13/1990 | 08/16/2023 | 00/00/0000 | 08/16/2023 |
| MACK, ELIZABETH | 492689009 | Dietary | 5107 LABADIE 1E | ST LOUIS | MO | 63115 | 3143378613 | 13.5 | 12/23/1960 | 09/25/2023 | 00/00/0000 | 09/25/2023 |
| MARTIN, LINDA | 493660470 | Activities | 5302 HAMILTON | ST LOUIS | MO | 63136 | 3147502757 | 17.73 | 10/23/1956 | 11/01/1999 | 00/00/0000 | 11/01/1999 |
| MASSEY, JAMES | 490740774 | Maintenance | 5525 ORIOLE | ST. LOUIS | MO | 63120 | 3143267215 | 15 | 04/03/1972 | 07/19/2023 | 00/00/0000 | 07/19/2023 |
| MCCLEARY, RICKY | 493780090 | Dietary | 1921 PRAIRIE | ST. LOUIS | MO | 63113 | 3148850293 | 12.25 | 09/25/1961 | 11/14/2014 | 00/00/0000 | 11/14/2014 |
| MCCLENDON, DOMONIQUE | 496049900 | Activities | 4766 BEACON AVE | ST LOUIS | MO | 63120 | 3147456690 | 15 | 10/27/1990 | 05/11/2011 | 09/13/2023 | 09/13/2023 |
| MOORE, TONYA | 491702537 | C N A | 6527 BARTMER | ST LOUIS | MO | 63130 | 3143907969 | 18 | 08/02/1966 | 08/17/2023 | 00/00/0000 | 08/17/2023 |
| MOORE, TORA | 495823892 | CMT | 1225 OLD YORK DRIVE | FLORISSANT | MO | 63033 | 3143898733 | 19.8 | 12/30/1979 | 09/25/2000 | 00/00/0000 | 09/25/2000 |
| PATE, SHONNAH MARIE | 497901363 | Housekeeping | 5000 Queen Ave. | ST. LOUIS | MO | 63115 | 6188822311 | 12.25 | 07/23/1985 | 03/23/2016 | 02/09/2022 | 02/09/2022 |
| PATTERSON, MELVIN | 495682349 | Laundry | 5553 HERBERT ST. | ST. LOUIS | MO | 63120 | 3143152669 | 13.15 | 07/26/1958 | 11/30/2010 | 00/00/0000 | 11/30/2010 |
| PATTON, CARTIA | 490782019 | Housekeeping | 4038 ST. LOUIS AVE.  APT.B | ST LOUIS | MO | 63107 | 3145321839 | 12.25 | 10/30/1972 | 08/22/2014 | 00/00/0000 | 08/22/2014 |
| PEARSON, PATRICIA | 487566968 | C N A | 18 LAMAR DRIVE | ST LOUIS | MO | 63136 | 3144374036 | 18.6 | 03/02/1950 | 08/24/2011 | 00/00/0000 | 08/24/2011 |

| Name | ID | Department | Address | City | State | Zip | Phone | Rate | DOB | Hire Date | Term Date | Last Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERRY, REGINALD | 351786493 | Transportation | 282 ELMDALE DRIVE | ST LOUIS | MO | 63135 | 3146884355 | 13.5 | 01/01/1972 | 09/27/2023 | 00/00/0000 | 09/27/2023 |
| PHILLIPS, JOHN | 495828992 | Dietary | 5076 DURANT AVE. | ST LOUIS | MO | 63115 | 3148138636 | 12 | 04/13/1968 | 11/08/2023 | 00/00/0000 | 11/08/2023 |
| PHILLIPS, KATHY | 493705879 | Housekeeping | 1468 SHAWMUT PLACE | ST. LOUIS | MO | 63112 | 3148993394 | 12.25 | 10/20/1959 | 08/16/2017 | 00/00/0000 | 08/16/2017 |
| PHILLIPS, LENDELL | 499608310 | C N A | 3821 FINNEY | ST LOUIS | MO | 63113 | 3145391892 | 18 | 05/01/1955 | 11/29/2023 | 00/00/0000 | 11/29/2023 |
| RAMONI, OLUWATOSIN AYINYKE | 197088297 | C N A | 5427 GERALDINE | ST. LOUIS | MO | 63115 | 3143329988 | 18.6 | 04/08/1978 | 07/13/2016 | 00/00/0000 | 07/13/2016 |
| RANDLE JR, MAURICE | 489230396 | Dietary | 4924 WARWICK | ST LOUIS | MO | 63113 | 3142854154 | 12 | 04/06/2005 | 10/25/2023 | 00/00/0000 | 10/25/2023 |
| RHUSAN, DIAMOND | 488199783 | PCA | 5522 DELMAR BLVD | ST LOUIS | MO | 63112 | 3144002717 | 12 | 09/24/2001 | 11/22/2023 | 00/00/0000 | 11/22/2023 |
| RICHARDSON, ARETHA | 490785225 | Transportation | 123 GRAMPIAN | ST LOUIS | MO | 63137 | 3143691120 | 13.9 | 05/11/1969 | 08/17/2022 | 00/00/0000 | 08/17/2022 |
| ROBINSON, BRIGET | 489789725 | Housekeeping | 4429 SWAN STREET APT C | ST LOUIS | MO | 63110 | 3143761824 | 12.25 | 01/10/1969 | 04/19/2023 | 00/00/0000 | 04/19/2023 |
| ROBINSON, KALEASHA | 498902427 | Laundry | 7736 DARTMOOR DRIVE | ST. LOUIS | MO | 63121 | 3142766138 | 14.55 | 08/22/1985 | 12/09/2003 | 00/00/0000 | 12/09/2003 |
| ROBINSON, KIM | 500701587 | C N A | 6933 NORMANDALE DR. | ST. LOUIS | MO | 63121 | 3147089412 | 18.6 | 04/02/1958 | 05/01/2013 | 00/00/0000 | 05/01/2013 |
| ROBINSON, PATRICIA | 494764876 | Housekeeping | 4640 PALM | ST LOUIS | MO | 63115 | 3143829998 | 15.61 | 02/18/1963 | 08/24/1996 | 00/00/0000 | 08/24/1996 |
| ROBINSON, SHIRELY | 496483552 | Dietary | 3038 FRANKLIN APT. B | ST LOUIS | MO | 63106 | 3144368292 | 12.25 | 06/29/1946 | 05/03/2023 | 00/00/0000 | 05/03/2023 |
| RODGERS, TAMILAN | 359983794 | Transportation | 1262 N 49TH STREET | EAST ST LOUIS | IL | 62204 | 3149438814 | 13.5 | 04/07/2002 | 09/13/2023 | 00/00/0000 | 09/13/2023 |
| ROSE, LISA | 486800442 | CMT | 917 COLE STREET APT.B | ST LOUIS | MO | 63101 | 7066914677 | 19.8 | 04/15/1965 | 02/16/1999 | 05/12/2021 | 05/12/2021 |
| RUPERT, BRANDON | 351828263 | Maintenance | 815 NORTH 76 STREET | EAST ST. LOUIS | IL | 62203 | 3144658912 | 23 | 06/08/1984 | 09/16/2015 | 00/00/0000 | 09/16/2015 |
| RUSSELL, MITCHELL | 491787505 | Laundry | 4894 FARLIN AVENUE #2F | SAINT LOUIS | MO | 63115 | 3143665312 | 12.25 | 11/23/1959 | 01/22/2020 | 00/00/0000 | 01/22/2020 |
| SCOTT, CLARIESHA | 491088635 | CMT | 5313 ENGLEWOOD PLACE APT. F | ST LOUIS | MO | 63121 | 3143482414 | 19 | 04/26/1993 | 11/29/2023 | 00/00/0000 | 11/29/2023 |
| SCOTT, PRENTISS | 487788782 | CMT | 1155 ST. ANTHONY LANE | Florissant | MO | 63033 | 3142855346 | 19.5 | 04/22/1976 | 08/03/2022 | 00/00/0000 | 08/03/2022 |
| SIMPSON, JERRY | 287705115 | C N A | 6370 LALITE | ST LOUIS | MO | 63136 | 3143371162 | 18.6 | 10/27/1963 | 08/02/2012 | 00/00/0000 | 08/02/2012 |
| SINGLETON, CARMELITIA | 489982436 | CNA Restorative | 4944 NORTHLAND PLACE | ST LOUIS | MO | 63113 | 3144568096 | 21.6 | 05/09/1972 | 07/06/1992 | 00/00/0000 | 07/06/1992 |
| SLACK, SYLVIA | 488801160 | Housekeeping | 4141 FILLMORE | ST LOUIS | MO | 63118 | 5015689104 | 12 | 09/25/1976 | 01/25/2023 | 09/27/2023 | 09/27/2023 |
| SMITH, CHELSEY | 499199540 | C N A | 3830 ASHLAND AVE. | ST LOUIS | MO | 63107 | 3142995455 | 18 | 02/11/2003 | 11/22/2023 | 00/00/0000 | 11/22/2023 |
| SMITH, MYRTIS | 491647211 | C N A | 5206 LILLIAN | ST LOUIS | MO | 63115 | 3144091382 | 19.08 | 08/02/1957 | 04/09/2003 | 00/00/0000 | 04/09/2003 |
| SPOTTSVILLE, ERICA | 489789507 | Dietary | 4643 ELMBANK | ST LOUIS | MO | 63115 | 3143831071 | 14.25 | 03/02/1976 | 01/02/2008 | 00/00/0000 | 00/00/0000 |
| STARKS, DAYNEISHA | 491170616 | PCA | 3640 KOSCIUSKA APT 102 | ST LOUIS | MO | 63118 | 3142402879 | 12 | 02/24/2000 | 08/19/2023 | 11/22/2023 | 11/22/2023 |
| STEWART, TONY | 500742655 | Dietary | 526 DORNOCH DRIVE | SAINT LOUIS | MO | 63137 | 3142655511 | 14.1 | 09/25/1961 | 07/28/2021 | 00/00/0000 | 07/28/2021 |
| SWIFT, MALINDA | 493724392 | Transportation | 5030 CATES APT. B | ST LOUIS | MO | 63105 | 3147098686 | 13.8 | 04/13/1960 | 02/16/2022 | 00/00/0000 | 02/16/2022 |
| TATE, SHEQWEEDA | 490780654 | Housekeeping | 2117 OVERLEA AVE. | ST LOUIS | MO | 63121 | 3143066839 | 12.25 | 11/14/1975 | 06/07/2023 | 00/00/0000 | 06/07/2023 |
| TAYLOR III, JAMES M | 497801032 | Maintenance | 1221 BARON AVE | ST LOUIS | MO | 63138 | 3142804356 | 16.93 | 07/15/1978 | 05/02/2011 | 00/00/0000 | 05/02/2011 |
| THOMAS, MEYONDA | 498901477 | C N A | 4112 DRYDEN | SAINT LOUIS | MO | 63115 | 3143058597 | 18.42 | 07/10/1985 | 09/23/2020 | 10/06/2021 | 10/06/2021 |
| THOMAS, TOSHA | 490829871 | CMT | 2031 BREMEN AVE | ST LOUIS | MO | 63107 | | 19 | 08/03/1979 | 10/17/2014 | 08/09/2023 | 10/17/2014 |
| VALENTINE, CHRISTOPHER | 486844706 | Laundry | 2848 OSAGE ST | ST LOUIS | MO | 63118 | 3149142396 | 16.2 | 08/03/1980 | 06/01/2005 | 00/00/0000 | 06/01/2005 |
| WALKER, ALEXIS | 496119408 | Dietary | 8376 COLLEGE | ST LOUIS | MO | 63136 | 3145740456 | 12.25 | 10/20/1995 | 05/17/2023 | 00/00/0000 | 05/17/2023 |
| WATSON, SHAMEEKA | 341768686 | C N A | 5217 WABADA | ST LOUIS | MO | 63113 | 3143266825 | 18 | 09/09/1984 | 08/17/2023 | 00/00/0000 | 08/17/2023 |
| WATTS, KIRBY | 491026732 | C N A | 4211 A PENROSE STREET | SAINT LOUIS | MO | 63115 | 3146889413 | 18.6 | 07/09/1989 | 12/08/2021 | 00/00/0000 | 12/08/2021 |
| WHITFIELD, NICOLE | 491214769 | Housekeeping | 1219 PRIGGE AVE. | ST LOUIS | MO | 63138 | 3142765788 | 12.25 | 11/09/2003 | 12/14/2022 | 00/00/0000 | 12/14/2022 |
| WILLIAMS, CARLOTTA | 486681367 | Housekeeping | 5211 ALASKA AVENUE #A | ST LOUIS | MO | 63111 | 3147288455 | 14.8 | 03/16/1959 | 10/16/2002 | 00/00/0000 | 10/16/2002 |
| WILLIAMS, NANYAMKA | 486085796 | Dietary | 5426 VERA AVE | ST LOUIS | MO | 63115 | 3143261073 | 12 | 12/14/1992 | 09/13/2023 | 00/00/0000 | 09/13/2023 |
| WILSON, KEITH | 488787752 | Housekeeping | 2029 HANLEY ROAD | ST LOUIS | MO | 63114 | 3144054744 | 12.25 | 08/31/1965 | 08/03/2022 | 00/00/0000 | 08/03/2022 |
| YOUNG, SIDNEY | 487720036 | Dietary | 5040 TERRY | ST LOUIS | MO | 63115 | 3144481579 | 16 | 02/29/1960 | 12/21/2009 | 01/18/2019 | 01/18/2019 |

00060