UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CAROLYN HAWTHORNE,                 )
*on behalf of herself and those*          )
*similarly situated*;                           )
                                                      )
      Plaintiff,                             )
                                                      )
v.                                                    )        Case No. 4:23-cv-01711-SRW
                                                      )
NORTHVIEW VILLAGE, INC.           )
d/b/a NORTHVIEW VILLAGE,          )
HEALTHCARE ACCOUNTING          )
SERVICES, LLC, and NORTHVIEW   )
VILLAGE CENTER LIMITED           )
PARTNERSHIP;                            )
                                                      )
      Defendants.                         )
_____  )

## [PROPOSED] ORDER GRANTING AND ENTERING DEFAULT JUDGMENT)

Plaintiff Carolyn Hawthorne, by and through her undersigned counsel have moved the court to enter a default judgment against Defendant Northview Village, Inc. d/b/a Northview Village, Healthcare Accounting Services, LLC, and Northview Village Center Limited Partnership (collectively, "Defendants"), resolving all issues in this civil action.  The motion is granted as follows:

1. Judgment will enter in favor of Plaintiff in the amount of $1,945.866.24.

IT IS SO ORDERED.

Dated: _____                         Signed: _____