**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CAROLYN HAWTHORNE, *on behalf of herself and those similarly situated*; | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Case No. 4:23-cv-1711-SRW |
| NORTHVIEW VILLAGE, INC. d/b/a NORTHVIEW VILLAGE, HEALTHCARE ACCOUNTING SERVICES, LLC, and NORTHVIEW VILLAGE CENTER LIMITED PARTNERSHIP; | ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFAULT JUDGMENT**

Pursuant to the Memorandum and Order issued on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Default Judgment is entered in favor of Plaintiff and against Defendant in the amount of $1,945.866.24.

So Ordered this 8th day of September, 2025.

_____
**STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE**