UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CAROLYN HAWTHORNE, *on behalf of herself and those similarly situated*; | ) ) ) ) | |
| Plaintiffs/Judgment Creditors, | ) ) ) | |
| v. | ) ) ) | Case No. 4:23-cv-01711-SRW |
| | ) | Return Date:  December 19, 2025 |
| NORTHVIEW VILLAGE, INC. d/b/a NORTHVIEW VILLAGE, HEALTHCARE ACCOUNTING SERVICES, LLC, and NORTHVIEW VILLAGE CENTER LIMITED PARTNERSHIP; | ) ) ) ) ) ) ) | |
| Defendants/Judgment Debtors, | ) ) | |
| and | ) ) | |
| U.S. BANK | ) ) | |
| Garnishee. | ) | |

**NOTICE OF EXECUTION**

Notice is hereby given that a Writ of Execution has been requested by Plaintiffs/Judgment Creditors, Carolyn Hawthorne, on behalf of herself and those similarly situated in a class certified by the Court, for execution upon the assets of Defendant/Judgment Debtors Northview Village, Inc, d/b/a Northview Village, and/or Healthcare Accounting Services, LLC, and/or Northview Village Center Limited Partnership Northview Village, Inc, in the sum of $1,945,866.24, pursuant to the Order entered on September 8, 2025.

Interrogatories to garnishee are to be returnable December 19, 2025.  The Writ of Execution and Summons to be issued to:

  Serve:  US Bank
       Garnishment Department
       700 Gravois Rd
       Fenton, MO 60326

Dated: November 7, 2025

        Respectfully submitted,

        */s/ Christopher N. Grant*
        Christopher N. Grant (EDMO 53507)
        Schuchat, Cook and Werner
        555 Washington Ave. Suite 520
        St. Louis, Missouri 63101
        (314) 621-2626
        FAX: (314) 621-2378
        cng@scwattorney.com
        *Attorney for Plaintiffs/Judgment Creditors*

4904-8728-4344.docx