UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROLYN HAWTHORNE, *on behalf of herself and those similarly situated*; | ) ) ) ) |
| Plaintiffs/Judgment Creditors, | ) ) |
| v. | ) Case No. 4:23-cv-01711-SRW ) ) Return Date: December 19, 2025 |
| NORTHVIEW VILLAGE, INC. d/b/a NORTHVIEW VILLAGE, HEALTHCARE ACCOUNTING SERVICES, LLC, and NORTHVIEW VILLAGE CENTER LIMITED PARTNERSHIP; | ) ) ) ) ) ) ) |
| Defendants/Judgment Debtors, | ) ) |
| and | ) ) |
| U.S. BANK | ) ) |
| Garnishee. | ) |

## WRIT OF EXECUTION

UNITED STATES OF AMERICA, Eastern District of Missouri;

The President of the United States of America,

GREETINGS:

WHEREAS, on September 8, 2025, a Default Judgement was rendered in favor of Plaintiffs, Carolyn Hawthorne, on behalf of herself and those similarly situated in a class certified by the Court, and against Defendants Northview Village, Inc, d/b/a Northview Village, and Healthcare Accounting Services, LLC, and Northview Village Center Limited Partnership,

acting as a joint or single employer, for the sum of  **$1,945,866.24** in damages for violations of the WARN Act;

WHEREAS, Defendants have not satisfied the judgment;

WHEREAS, the sum of **$1,945,866.24,** is now actually due and unpaid thereon;

THESE ARE, THEREFORE, to command you, that of the goods and chattels, land and tenements of the said Defendants Northview Village, Inc, d/b/a Northview Village, and/or Healthcare Accounting Services, LLC, and/or Northview Village Center Limited Partnership, you cause to be paid the unpaid balance of said Default Judgment, and that you have the same before the Judge of our Court within 45 days of the date of issuance of this Writ, to satisfy these damages, fees, and costs and that you certify to Court how you executed this Writ.

WITNESS, the Judge of the United States District Court for the Eastern District of Missouri, on this _____ day of _____, 2025.

 Issued at the office of the Clerk in St. Louis, Missouri under the seal of said District Court, the day and year last mentioned.

        CLERK, UNITED STATES DISTRICT COURT FOR THE
        EASTERN DISTRICT OF MISSOURI


    By: _____
        Deputy Clerk

4933-0813-9895.docx