**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CAROLYN HAWTHORNE, *on behalf of herself and those similarly situated*; | ) ) ) ) |
| Plaintiffs/Judgment Creditors, | ) ) ) |
| v. | ) ) Case No. 4:23-cv-01711-SRW ) ) Return Date: December 19, 2025 |
| NORTHVIEW VILLAGE, INC. d/b/a NORTHVIEW VILLAGE, HEALTHCARE ACCOUNTING SERVICES, LLC, and NORTHVIEW VILLAGE CENTER LIMITED PARTNERSHIP; | ) ) ) ) ) ) ) |
| Defendants/Judgment Debtors, | ) ) |
| and | ) ) |
| U.S. BANK | ) ) |
| Garnishee. | ) ) |

## MOTION TO APPOINT CIVIL PROCESS SERVER

Come now Plaintiffs/Judgment Creditors and move the Court to appoint The Sheriff of St. Louis County, State of Missouri as a civil process server in the above-styled cause for service of garnishment documents on garnishee, US Bank. The Sheriff of St. Louis County possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

NAME AND ADDRESS OF PROCESS SERVER:
St. Louis County Sheriff's Office
108 South Central - 5th Floor
Clayton, MO 6315

Dated: November 7, 2025

                Respectfully submitted,

                */s/ Christopher N. Grant*
                Christopher N. Grant (EDMO 53507)
                Schuchat, Cook and Werner
                555 Washington Ave. Suite 520
                St. Louis, Missouri 63101
                (314) 621-2626
                FAX: (314) 621-2378
                cng@scwattorney.com
                *Attorney for Plaintiffs/Judgment Creditors*

4919-0260-05944.docx