# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CAROLYN HAWTHORNE, *on behalf of herself and those similarly situated*; | )<br>)<br>) |
| Plaintiffs/Judgement Creditors, | ) |
| v. | ) Case No. 4:23-cv-01711-SRW |
|  | ) Return Date: December 19, 2025 |
| NORTHVIEW VILLAGE, INC. d/b/a NORTHVIEW VILLAGE, HEALTHCARE ACCOUNTING SERVICES, LLC, and NORTHVIEW VILLAGE CENTER LIMITED PARTNERSHIP; | )<br>)<br>)<br>)<br>)<br>) |
| Defendants/Judgment Debtors, | ) |
| and | ) |
| U.S. BANK | ) |
| Garnishee. | ) |

## GARNISHEE SUMMONS

**To:   US Bank**
**700 Gravois Rd**
**Fenton, MO 63026**

Note:  This garnishment is directed to any and all property belonging to and assets of Defendants and Judgment Debtors, **Northview Village, Inc, d/b/a Northview Village, and/or Healthcare Accounting Services, LLC, and/or Northview Village Center Limited Partnership,** including but not limited to any and all depository accounts held in the name of or for the benefit of **Northview Village, Inc, d/b/a Northview Village, and/or Healthcare Accounting Services, LLC, and/or Northview Village Center Limited Partnership**, any income or debts due to said Defendants and Judgment Debtors, and any other property of whatever type belonging to Defendants and Judgment Debtors individually or jointly with any other person or entity, which is in your custody or control, and which is subject to garnishment.

I, the undersigned civil process server appointed by the Court, DO DECLARE TO YOU that I attach and levy upon all debts owing by you to the above named Defendant and Judgment Debtors, Northview Village, Inc, d/b/a Northview Village, and/or Healthcare Accounting Services, LLC, and/or Northview Village Center Limited Partnership, together with all personal property, money, rights, credits, bonds, bills, notes, drafts, checks, and also all other personal property, as well of other kinds as of the kinds aforesaid, including all manner and kinds of property whatsoever liable to garnishment, of the said Judgment Debtors in your possession or charge or under your control, or now owing by you, and all that may come into your possession, charge or control, or become owing by you, between this time and the time of filing your answer herein.

AND I FURTHER DECLARE TO YOU that I do attach, levy upon and seize in your hands all debts now due from you to the same Defendant and Judgment Debtors, Northview Village, Inc, d/b/a Northview Village, and/or Healthcare Accounting Services, LLC, and/or Northview Village Center Limited Partnership, and also all that may become due hereafter and before said time of your answer, or so much thereof as shall be sufficient to satisfy the sum of **$1,945,866.24**.

AND I FURTHER DECLARE TO YOU that I do summon you as garnishee aforesaid to be and appear before the Judge of the United States District Court, Eastern District of Missouri, Eastern Division, in the City of St. Louis, Missouri on December 19, 2025 then and there to answer such allegations and interrogatories as may be exhibited by Carolyn Hawthorne, on behalf of herself and those similarly situated in a class certified by the court , the above-named Plaintiffs and Judgment Creditors.

Given under my hand at my office in St. Louis County, Missouri, this \_\_\_\_ day of _____, 2025.

_____
Sheriff of St. Louis County

4919-1361-5736.docx