UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROLYN HAWTHORNE,<br>*on behalf of herself and those similarly situated*;<br><br>    Plaintiffs/Judgment Creditors,<br><br>v.<br><br>NORTHVIEW VILLAGE, INC.<br>d/b/a NORTHVIEW VILLAGE,<br>HEALTHCARE ACCOUNTING<br>SERVICES, LLC, and NORTHVIEW<br>VILLAGE CENTER LIMITED<br>PARTNERSHIP;<br><br>    Defendants/Judgment Debtors,<br><br>and<br><br>U.S. BANK<br><br>    Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:23-cv-01711-SRW<br>)<br>)  Return Date:  December 19, 2025<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### INTERROGATORIES DIRECTED TO GARNISHEE

**TO:** **US Bank**
**700 Gravois Rd**
**Fenton, MO 63026**

**Note:** This garnishment is directed to any and all property belonging to and assets of Defendants/Judgment Debtors, **Northview Village, Inc, d/b/a Northview Village, and/or Healthcare Accounting Services, LLC, and/or Northview Village Center Limited Partnership,** including, but not limited to, any and all depository accounts held in the name of or for the benefit of **Northview Village, Inc, d/b/a Northview Village, and/or Healthcare Accounting Services, LLC, and/or Northview Village Center Limited Partnership,** any income or debts due to said Defendants and Judgment Debtors, and any other property of whatever type belonging to Defendants and Judgment Debtors individually or jointly with any other person or entity, which is in your custody or control, and which is subject to garnishment.

1

INSTRUCTIONS:   You are to answer interrogatories UNDER OATH within ten (10) days after the return date of the writ and mail the ORIGINAL to:

>Clerk
>United States District Court
>111 South Tenth Street, 3rd Floor
>St. Louis, MO 63102

and a COPY to the attorney for the Judgment Creditors listed below:

>Christopher N. Grant
>Schuchat, Cook & Werner
>55 Washington Ave., Suite 520
>St. Louis, MO 63101

Comes now Plaintiffs/Judgment Creditors, pursuant to Rule 69 of the Federal Rules of Civil Procedure and Rule 90.13 of the Missouri Supreme Court Rules, and exhibit the following interrogatories to be answered by the Garnishee, under oath, within ten (10) days of the returnable date.

1. At the time of service of the garnishment, had you, or have you since that time had, or have you now in your possession, custody, or charge, any goods, chattels, monies, credits or effects belonging to the Defendants and Judgment Debtors, <u>Northview Village, Inc, d/b/a Northview Village, and/or Healthcare Accounting Services, LLC, and/or Northview Village Center Limited Partnership,</u> individually or jointly with any other person or entity?  If so, state what they were or are, their value, and identify each joint or co-owner, and attach copies of any document reflecting the identity and/or ownership of any such goods, chattels, monies, credits or effects to your answer.

<u>Answer</u>:

2. At the time of service of the garnishment, were you, or have you since become, or are you now in any way, indebted to the Defendants and Judgment Debtors, <u>Northview Village, Inc, d/b/a Northview Village, and/or Healthcare Accounting Services, LLC, and/or Northview Village Center Limited Partnership</u>?  If your answer is "yes," state to what extent and in what

manner the debt accrued, and if evidenced by any instrument in writing, describe the same and state what has become of the same and under whose custody it is held, and attach a copy of this instrument to your answer.

    <u>Answer</u>:

3. At the time you were summoned as Garnishee, or since that time, have you become, or are you now bound under any contracts to pay the Defendants and Judgment Debtors, <u>Northview Village, Inc, d/b/a Northview Village, and/or Healthcare Accounting Services, LLC, and/or Northview Village Center Limited Partnership,</u> directly or to any other party on account of Defendants and Judgment Debtors, <u>Northview Village, Inc, d/b/a Northview Village, and/or Healthcare Accounting Services, LLC, and/or Northview Village Center Limited Partnership,</u> any monies which are not yet due? If your answer is "yes," state the nature of said contract, the names of the contracting parties, the amount of money to become due thereunder, when the same was or is due and payable, exactly to whom the money is due and attach a copy of said contract to your answer.

    <u>Answer</u>:

4. Have you paid to Defendants and Judgment Debtors, <u>Northview Village, Inc, d/b/a Northview Village, and/or Healthcare Accounting Services, LLC, and/or Northview Village Center Limited Partnership,</u> or to anyone acting as its agent, or to anyone in its behalf, or to anyone on account of Defendants and Judgment Debtors, <u>Northview Village, Inc, d/b/a Northview Village, and/or Healthcare Accounting Services, LLC, and/or Northview Village Center Limited Partnership,</u> any money, property or effects since the time the garnishment summons herein was served on you?  If your answer is "yes," state when the same was paid, the amount and nature of said payment and to whom it was paid, in what capacity the recipient received it and if paid under the terms of a contract, attach a copy of said contract.

<u>Answer</u>:

Respectfully submitted,

*/s/ Christopher N. Grant*
Christopher N. Grant (EDMO 53507)
Schuchat, Cook and Werner
555 Washington Ave. Suite 520
St. Louis, Missouri 63101
(314) 621-2626
FAX: (314) 621-2378
cng@scwattorney.com
*Attorney for Plaintiffs/Judgment Creditors*

## ATTESTATION TO BE COMPLETED BY GARNISHEE

STATE OF _____        )
                                         ) SS
CITY OF _____     )

      The undersigned, being duly sworn on oath, states that he/she read the foregoing interrogatories and the answers given are true to the best of affiant's knowledge and belief.

_____
Signature of Garnishee

_____
Position

Subscribed and sworn to before me, this \_\_\_\_\_ day of _____, 2025.

_____
Notary Public

My Commission Expires:

_____

**Garnishee's Certificate of Service**

The undersigned certified that the original of the foregoing Answers to Interrogatories Directed to Garnishee were sent via first-class U.S. Mail to the Clerk of the Court, U.S. District Court, 111 South Tenth Street, 3rd Floor, St. Louis, MO 63102, and a copy was also mailed to Christopher Grant, Attorney for Plaintiffs/Judgment Creditors, 555 Washington Ave., Suite 520, St. Louis, MO 63101 this ____ day of _____, 2025.

4908-6943-1160.docx