**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CAROLYN HAWTHORNE, *on behalf of herself and those similarly situated*; | )<br>)<br>)<br>) |
| Plaintiffs/Judgment Creditors, | )<br>) |
| v. | ) Case No. 4:23-cv-01711-SRW<br>)<br>) Return Date:  December 19, 2025 |
| NORTHVIEW VILLAGE, INC. d/b/a NORTHVIEW VILLAGE, HEALTHCARE ACCOUNTING SERVICES, LLC, and NORTHVIEW VILLAGE CENTER LIMITED PARTNERSHIP; | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants/Judgment Debtors, | )<br>) |
| and | )<br>) |
| U.S. BANK | )<br>) |
| Garnishee. | ) |

## MOTION TO APPOINT CIVIL PROCESS SERVER

Come now Plaintiffs/Judgment Creditors and move the Court to appoint The Sheriff of St. Louis County, State of Missouri as a civil process server in the above-styled cause for service of garnishment documents on garnishee, US Bank.  The Sheriff of St. Louis County possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

NAME AND ADDRESS OF PROCESS SERVER:
St. Louis County Sheriff's Office
108 South Central - 5th Floor
Clayton, MO 6315

Dated: November 7, 2025

                                            Respectfully submitted,

*/s/ Christopher N. Grant*
Christopher N. Grant (EDMO 53507)
Schuchat, Cook and Werner
555 Washington Ave. Suite 520
St. Louis, Missouri 63101
(314) 621-2626
FAX: (314) 621-2378
cng@scwattorney.com
*Attorney for Plaintiffs/Judgment Creditors*

4919-0260-05944.docx