UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CAROLYN HAWTHORNE,
*on behalf of herself and those similarly situated*;

Plaintiff,

v.

NORTHVIEW VILLAGE, INC. d/b/a NORTHVIEW VILLAGE, HEALTHCARE ACCOUNTING SERVICES, LLC, and NORTHVIEW VILLAGE CENTER LIMITED PARTNERSHIP;

Defendants.

Case No. 4:23-cv-01711-SRW

Magistrate Judge Stephen R. Welby

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, Carolyn Hawthorne, individually and on behalf of those similarly situated, along with Defendants Northview Village, Inc, Healthcare Accounting Services, LLC, and Northview Village Center Limited Partnership (collectively, the "Parties"), who hereby notify the Court that they have reached a settlement to resolve and release on a class-wide basis all claims alleged in the above-captioned case.

To allow sufficient time to prepare and file a motion for preliminary approval, the Parties will file for preliminary approval within 21 days of this date. The settlement will be the basis of Plaintiff's forthcoming Unopposed Motion for Preliminary Approval, and approval of the class settlement by the Court.

Dated: October 1, 2026

Respectfully submitted,

/s/ *Samuel K. Gladney*
Samuel K. Gladney #69094 (MO)
John F. Garvey Jr., #35879 (MO)
Colleen Garvey, #72809 (MO)
Ellen A. Thomas, #734043 (MO)
**STRANCH, JENNINGS & GARVEY, PLLC**
Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
Telephone: (314) 390-6750
sgladney@stranchlaw.com
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

J. Gerard Stranch, IV*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com

Christopher N. Grant
**SCHUCHAT COOK & WERNER**
555 Washington Avenue Suite 520
St. Louis, MO 63101
Telephone: (314) 732-1127
cng@scwattorney.com

**Pro hac vice* forthcoming

*Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, the foregoing was served on Defendant's counsel of record through this courts electronic filing system.

/s/ *Samuel K Gladney*
Samuel K. Gladney #69094 (MO)