UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CAROLYN HAWTHORNE, *on behalf of herself and those similarly situated*; Plaintiff, | ) | |
| v. | ) | Case No. 4:23-cv-01711-SRW |
| NORTHVIEW VILLAGE, INC. d/b/a NORTHVIEW VILLAGE, HEALTHCARE ACCOUNTING SERVICES, LLC, and NORTHVIEW VILLAGE CENTER LIMITED PARTNERSHIP; Defendants. | ) | Magistrate Judge Stephen R. Welby |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Carolyn Hawthorne, individually and on behalf of the certified class, pursuant to Federal Rule of Civil Procedure 23(e), respectfully moves the Court for entry of an Order:

1. Granting preliminary approval of the Parties' Class Action Settlement Agreement;
2. Finding that the proposed Settlement is likely to satisfy the requirements for final approval under Rule 23(e);
3. Appointing CPT Group, Inc. as Settlement Administrator;
4. Approving the proposed forms of class notice attached to the Settlement Agreement;
5. Directing dissemination of notice to Settlement Class members in accordance with the Settlement Agreement;
6. Establishing procedures and deadlines for Settlement Class Members to object to or request exclusion from the Settlement;

7. Setting deadlines for filing a motion for attorneys' fees, expenses, and class representative service award;
8. Scheduling a Final Approval Hearing; and
9. Granting such other and further relief as the Court deems just and proper.

In support of this Motion, Plaintiff relies upon the accompanying Memorandum in Support, the Settlement Agreement and exhibits thereto, the Declaration of Samuel K. Gladney, the records and proceedings in this action, and any further argument presented to the Court.

Defendants do not oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that the Court enter the accompanying Proposed Preliminary Approval Order.

Dated: October 22, 2026

Respectfully submitted,

/s/ *Samuel K. Gladney*
Samuel K. Gladney #69094 (MO)
John F. Garvey Jr., #35879 (MO)
Colleen Garvey, #72809 (MO)
Ellen A. Thomas, #73043 (MO)
**STRANCH, JENNINGS & GARVEY, PLLC**
Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
Telephone: (314) 390-6750
sgladney@stranchlaw.com
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

J. Gerard Stranch, IV*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com

Christopher N. Grant
**SCHUCHAT COOK & WERNER**
555 Washington Avenue Suite 520
St. Louis, MO 63101
Telephone: (314) 732-1127
cng@scwattorney.com

**Pro hac vice* forthcoming

*Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October 2026, a true and correct copy of the foregoing Unopposed Motion for Preliminary Approval of Class Action Settlement was filed with the Clerk of the Court via the Court's CM/ECF filing system, which will send notice to all counsel of record.

/s/ *Samuel K. Gladney*__________
Samuel K. Gladney #69094 (MO)