# Exhibit 2

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI**

*Hawthorne v. Northview Village, Inc. d/b/a Northview Village, Healthcare Accounting Services, LLC, and Northview Village Center Limited Partnership*
Case No. 4:23-cv-01711-SRW

# NOTICE OF CLASS ACTION SETTLEMENT

**Please read this notice carefully. You may be entitled to money from a class action settlement. This notice explains your rights and options.**

*A court has authorized this Notice. This is not a solicitation from a lawyer.*

## I. WHY SHOULD I READ THIS NOTICE?

You are receiving this Notice because Defendants Northview Village, Inc. d/b/a Northview Village, Healthcare Accounting Services, LLC, and Northview Village Center Limited Partnership ("Defendants") have records showing that you are a Settlement Class Member in this lawsuit and your employment at the Northview Village facility (the "Facility") was affected by the layoffs alleged in the Action.

The Court has preliminarily approved a proposed class action settlement in the case *Carolyn Hawthorne v. Northview Village, Inc. d/b/a Northview Village, Healthcare Accounting Services, LLC, and Northview Village Center Limited Partnership*, Case No. 4:23-cv-01711-SRW (the "Action"). This Notice informs you of the proposed settlement, your legal rights, and what steps you may take before the Court decides whether to grant final approval.

Plaintiff Carolyn Hawthorne ("Hawthorne") filed this lawsuit on behalf of herself and other similarly situated Settlement Class Members, alleging that Defendants violated the federal Worker Adjustment and Retraining Notification Act ("WARN Act"), 29 U.S.C. § 2101, *et seq*., by failing to give employees the required advance notice.

The Settlement Class is defined as: All employees of Defendants who were terminated pursuant to a mass layoff or plant closing (as those terms are defined in the WARN Act) within 90 days of December 15, 2023 (as certified by this Court at ECF No. 52).

Default judgment was entered. However, Defendants continue to contest the ability of Plaintiffs to collect on the judgment on any remaining assets.

The Court has not decided who is right. Instead, both sides have agreed to settle the case to avoid the cost, burden, and risk of further litigation.

## II. WHAT WILL I RECEIVE FROM THE SETTLEMENT?

Defendants have agreed to pay a Settlement Fund of $364,668.75. The Settlement Fund shall be used to pay all Settlement Class Member payments, Attorneys' Fees and Costs awarded by the Court, the Service Award awarded by the Court, and the Settlement Administrator's Expenses, including the cost of notice and administration.

Each Settlement Class Member's Settlement Share will be calculated from the Net Settlement Fund (the Settlement Fund less the Settlement Administrator's Expenses, Attorneys' Fees and Costs, the Service Award, and any other Court-approved deductions) using the Allocation Plan determined by Class Counsel and approved by the Court, based on class member data provided by Defendants. Each Settlement Share will be treated as back pay, reported on an IRS Form W-2, and will be net of applicable tax deductions and withholdings. Settlement

Class Members are responsible for any taxes they owe.

**Your estimated Settlement Share is: [SettlementShare].** This amount may be higher or lower based on court rulings related to fees, costs, and other factors.

If any funds remain after the first distribution (for example, because checks are not cashed), additional payments may be made to those who did cash their checks. If, after two distributions, small funds remain, they will be donated to a Court-approved charitable organization.

## III. WHAT IS THE EFFECT OF THE SETTLEMENT?

### A. Release of Claims by Plaintiff and Settlement Class Members.

As of the Effective Date, the Releasing Plaintiffs shall be deemed to have, and by operation of the Final Approval Order shall have, fully, finally, and forever released, resolved, relinquished, and discharged each and all of the Released Parties from each and all of the Released Claims. The Releasing Plaintiffs further agree that they will not institute any actions or causes of action (in law, in equity, or administratively), suits, debts, liens, or claims, known or unknown, fixed or contingent, which they may have or claim to have, in state or federal court, in arbitration, or with any state, federal, or local government agency or with any administrative or advisory body, arising from or reasonably related to the Released Claims against the Released Parties.

The obligations incurred by the Released Parties under the Settlement Agreement shall be a full and final disposition of the Action and all Released Claims as against all Released Parties. Notwithstanding, this paragraph does not apply to any unfair labor practice proceeding.

As of the Effective Date, the Releasing Settlement Class Members shall be deemed to have, and by operation of the Final Approval Order shall have, fully, finally, and forever released, resolved, relinquished, and discharged each and all of the Released Parties from each and all of the Released Claims. The Releasing Settlement Class Members further agree that they will not institute any actions or causes of action (in law, equity, or administratively), suits, debts, liens, or claims, known or unknown, fixed or contingent, which they may have or claim to have, in state or federal court, in arbitration, or with any state, federal, or local government agency or with any administrative or advisory body, arising from or reasonably related to the Released Claim, directly or indirectly, against the Released Parties.

The obligations incurred by the Released Parties under the Settlement Agreement shall be a full and final disposition of the Action and all Released Claims as against all Released Parties. Notwithstanding, this paragraph does not apply to Case 14-CA-333453 before the National Labor Relations Board, which is the only case pending before the NLRB, or involving unfair labor practices, relating to the closing of the Facility.

This release does not apply to Settlement Class Members who timely and properly submit a written Opt-Out Request. If you submit a valid and timely Opt-Out Request, you will not release any claims, and you will not receive any Settlement Share from this case. If you are a Class Member and do not validly exclude yourself, you will be bound by the Settlement and release even if you do nothing.

Defendants respect your right to participate in the Action and will not take any adverse action or retaliate against you should you accept payment under the Settlement.

### B. Payment To Participating Settlement Class Members.

If you do not elect to opt out of the Settlement, and thereby qualify to receive payment under the Settlement, a check will be mailed to you after the Effective Date.

## IV. WHAT ARE MY RIGHTS?

### A. You May Participate In The Settlement.

If you wish to participate in the Settlement, you do not need to do anything. If your mailing address or phone number has or will change, please be sure to update the Settlement Administrator at the following address or toll-free number:

*Hawthorne v. Northview Village, Inc., et al.*
c/o CPT Group, Inc.
PO Box 19504
Irvine, CA 92623
[1-800-xxx-xxxx]

### B. You May Exclude Yourself From This Case.

If you wish to be excluded from the Settlement Class and from the Settlement (i.e., "opt out"), which preserves your right to sue individually but means you will not receive a Settlement Share in this case, you must submit a written Opt-Out Request letter to the Settlement Administrator. The letter must state that you want to be excluded from the Settlement and that you understand you will not receive money from the Settlement. The letter must include your name, address, telephone number, and signature, and must be postmarked by [Deadline] and mailed to:

*Hawthorne v. Northview Village, Inc.*
c/o CPT Group, Inc.
Attn: Opt-Outs
PO Box 19504
Irvine, CA 92623

If you timely request exclusion from the class, you will (1) be excluded from the class; (2) not be bound by any determination or order entered in this litigation; (3) not be bound by the release; and (4) not receive a portion of the Settlement.

### C. You May Object To The Settlement, Or Any Part Of It.

You can object to the terms of the class settlement as long as you have not submitted a request for exclusion from the class settlement. To object to the class settlement, you should provide to the Settlement Administrator a timely written statement of the objection. The written objection should: (a) contain your full name, address, telephone number, and signature; (b) contain the case name and number; (c) contain a statement of the specific legal and factual basis for each objection argument; (d) contain a statement whether you intend to appear at the Final Approval Hearing, either in person or through counsel and, if through counsel, a statement identifying that counsel; and (e) be filed or postmarked no later than [Deadline] to the following address:

*Hawthorne v. Northview Village, Inc.*
c/o CPT Group, Inc.
Attn: Objections
PO Box 19504
Irvine, CA 92623

## V. WHO REPRESENTS THE PROPOSED SETTLEMENT CLASS?

### A. Class Representative.

"Class Representative" means Plaintiff Carolyn Hawthorne.

**B. Class Counsel.**

The Court has approved the following attorneys to represent the Settlement Class: J. Gerard Stranch, IV and Samuel K. Gladney of Stranch, Jennings & Garvey, PLLC; and Christopher N. Grant of Schuchat Cook & Werner.

## VI. WHAT FEES AND COSTS ARE INVOLVED?

**A. Settlement Administration Expenses.**

Settlement Administrator's Expenses means expenses, costs, or fees incurred by the Settlement Administrator in administering the terms of the Settlement Agreement. The administration expenses will be paid exclusively from the Settlement Fund, subject to Court approval. Class Counsel currently estimates that these costs will not exceed $11,500.00, subject to Court approval.

**B. Attorneys' Fees and Costs.**

Class Counsel will ask the Court for an award of attorneys' fees not to exceed one third of the Settlement Fund and reimbursement of actual litigation costs and expenses, to be paid from the Settlement Fund.

**C. Class Representative Service Award.**

The Class Representative will ask the Court to grant her a service award not to exceed $2,500 for her efforts on behalf of the settlement class.

These amounts will be paid from the Settlement Fund and will reduce the amount available for distribution to Settlement Class Members.

## VII. FINAL APPROVAL HEARING

The Court has set the Final Approval Hearing as follows:

Date: [Date]
Time: [Time]
Place: [Address]

## VIII. WHERE CAN YOU GET MORE INFORMATION?

You may contact the Settlement Administrator toll-free at [1-800-xxx-xxxx] or Class Counsel identified in Section V. This Notice summarizes the proposed Settlement. The Settlement Agreement provides complete details. The Settlement Agreement and other related documents are available at www.cptgroupcaseinfo.com/[CaseWebsite].

**PLEASE DO NOT ADDRESS ANY QUESTIONS TO THE COURT OR TO DEFENDANTS.**